IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50804
Summary Calendar
_____


CARLOS ADMEDTH BENITEZ-ESCOBAR,

                                        Plaintiff-Appellant,

versus


UNITED STATES OF AMERICA,

                                        Defendant-Appellee.



- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-95-CV-18
- - - - - - - - - -
September 18, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Carlos Admedth Benitez-Escobar (Benitez) appeals from the

district court's order denying his petition for writ of error

coram nobis pursuant to 28 U.S.C. § 1651.  He argues that his

criminal prosecution and the administrative forfeiture of

automobile violated the Fifth Amendment prohibition of double

jeopardy.  We have reviewed the record and the briefs of the

parties and hold that jeopardy did not attach because Benitez was

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

not a party to the administrative forfeiture and the in rem civil forfeiture does not constitute punishment for double jeopardy purposes.  United States v. Morgan, 84 F.3d 765, 767 (5th Cir. 1996); United States v. Ursery, 116 S. Ct. 2135, 2149 (1996).

AFFIRMED.